**Order entered November 4, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01147-CR

**VAN LEE BREWER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-89-97479-U**

## ORDER

Before the Court is attorney Riann C. Moore's November 3, 2016 motion to withdraw as counsel and for appellant to proceed pro se. We **GRANT** the motion to withdraw. We **DIRECT** the Clerk of the Court to remove Riann C. Moore as appellant's counsel. We further **DIRECT** the Clerk to send future communications to appellant directly at his address, Mr. Van Lee Brewer, 4861 CR 4101, Kaufman, Texas 75142.

/s/    ADA BROWN
       JUSTICE